# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2019

_____

## AMENDED
RESPONSE REQUESTED

_____

No. 19-1,       In re: Corey Johnson
                3:92-cr-00068-JRS-2

TO:      United States of America

RESPONSE DUE: **04/24/2019**

Response is required to the motion for authorization to file successive habeas application on or before **04/24/2019**.

Emily Borneisen, Deputy Clerk
804-916-2704