No. 19-1

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

IN RE COREY JOHNSON,

**Movant.**

---

## CAPITAL CASE

## MOTION FOR LEAVE TO FILE REPLY TO
## UNITED STATES' RESPONSE TO MOTION FOR AUTHORIZATION
## PURSUANT TO 28 U.S.C. §§ 2255(h)(2) and 2244(b)(3)(A)

---

Donald P. Salzman
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1140 New York Avenue NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Movant*

Pursuant to Federal Rule of Appellate Procedure 27, Movant Corey Johnson respectfully requests leave to file the attached Reply to the United States' Response to the Motion for Authorization (Appendix A). Although the Federal Rules of Appellate Procedure and this Court's local rules do not address the filing of a reply in support of a Motion for Authorization under Local Rule 22(d), the Federal Rules of Appellate Procedure generally permit a party seeking relief an opportunity to reply to any opposition. *See, e.g.,* Fed. R. App. P. 27(a)(4) (permitting reply to response to a motion); Fed. R. App. P. 28(c) (permitting a reply brief).

<div style="margin-left:45%;">

Respectfully submitted,


/s/Donald P. Salzman
Donald P. Salzman
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson

</div>

2

## CERTIFICATE OF COMPLIANCE

1.     This motion contains 104 words, excluding the parts of the brief exempted from the word count by Local Rule 27(d)(2) and Rule 32(f).

2.     This motion complies with the font, spacing, and type size requirements set forth in Local Rule 32(a)(5).

/s/ Donald P. Salzman

3

## CERTIFICATE OF SERVICE

I certify that on this <u>2nd</u> day of May 2019, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served via U. S. Mail on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314

Dated: May 2, 2019                    /s/ Donald P. Salzman
                                      Skadden, Arps, Slate, Meagher &
                                      Flom LLP
                                      1440 New York Avenue, N.W.
                                      Washington, D.C. 20005
                                      (202) 371-7983
                                      donald.salzman@skadden.com

                                      Counsel for Corey Johnson