FILED: May 14, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1
(3:92-cr-00068-JRS-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

      Movant

_____

O R D E R
_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion for authorization to file a second or successive application for relief under 28 U.S.C. § 2255 and grants the motion for leave to file a reply.

Entered at the direction of Judge Wilkinson with the concurrence of Judge King and Senior Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk